UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TRAVELCENTERS OF AMERICA INC.,

                Plaintiff,    Civil Action No. 1:21-cv-12123

vs.

ALLIED WORLD ASSURANCE CO., (U.S.) INC.;

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON COMPRISING OF LLOYD'S UNDERWRITER SYNDICATE NO. 2001 AML, LLOYD'S UNDERWRITER SYNDICATE NO. AFB 2623, LLOYD'S UNDERWRITER SYNDICATE NO. AFB 623, HOUSTON CASUALTY COMPANY (UK BRANCH) LIRMA H5100, LLOYD'S UNDERWRITER SYNDICATE NO. 2987 BRIT, AVIVA INSURANCE LIMITED, LIRMA V2001, LLOYD'S UNDERWRITER SYNDICATE NO. 2010 MMX, AND LLOYD'S UNDERWRITER SYNDICATE NO. 1729 DUW;

**TOKIO MARINE'S RULE 7.1 DISCLOSURE STATEMENT**

CONTINENTAL CASUALTY COMPANY;

HALLMARK SPECIALTY INSURANCE CO.

IRONSHORE SPECIALTY INSURANCE COMPANY ;

LEXINGTON INSURANCE COMPANY;

PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY;

STARR SURPLUS LINES INSURANCE COMPANY;

and

TOKIO MARINE AMERICA INSURANCE COMPANY,
                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**CORPORATE DISCLOSURE STATEMENT OF**
**TOKIO MARINE AMERICA INSURANCE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Tokio Marine America Insurance Company, through its undersigned attorneys, certifies that the following are corporate parents and/or any publicly held corporations that own 10% or more of Tokio Marine's stock:

Tokio Marine America Insurance Company states that it is a wholly owned subsidiary of Tokio Marine North America, Inc., which is a wholly owned subsidiary of Tokio Marine & Nichido Fire Ins. Co. Ltd., and whose ultimate parent company is Tokio Marine Holdings, Inc., which is a publicly traded company on the Tokyo Stock Exchange.

Dated: December 27, 2021

Respectfully submitted,

TOKIO MARINE AMERICA INSURANCE CO.
By its attorneys,

*/s/ Kenneth N. Thayer*
John G. O'Neill (BBO# 630272)
oneill@sugarmanrogers.com
Kenneth N. Thayer (BBO# 671029)
thayer@sugarmanrogers.com
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
Tel. (617) 227-3030

Jeffrey S Weinstein (*pro hac vice* forthcoming)
Samuel B Weiss (*pro hac vice* forthcoming)
Mound Cotton Wollan & Greengrass LLP
One New York Plaza, 44th Fl.
New York, New York 10004
Tel: (212) 804-4200
SWeiss@moundcotton.com
JWeinstein@moundcotton.com

## CERTIFICATE OF SERVICE

On this 27th day of December 2021, I, Kenneth N. Thayer, counsel for Defendant Tokio Marine America Insurance Company, served the foregoing document upon all counsel of record through the Court's CM/ECF e-filing system.

*/s/ Kenneth N. Thayer*
Kenneth N. Thayer