UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRAVELCENTERS OF AMERICA INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ALLIED WORLD ASSURANCE CO., (U.S.) INC.; <br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, COMPRISING OF LLOYD'S UNDERWRITER SYNDICATE NO. 2001 AML, LLOYD'S UNDERWRITER SYNDICATE NO. AFB 2623, LLOYD'S UNDERWRITER SYNDICATE NO. AFB 623, HOUSTON CASUALTY COMPANY (UK BRANCH) LIRMA H5100, LLOYD'S UNDERWRITER SYNDICATE NO. 2987 BRIT, AVIVA INSURANCE LIMITED, LIRMA V2001, LLOYD'S UNDERWRITER SYNDICATE NO. 2010 MMX, AND LLOYD'S UNDERWRITER SYNDICATE NO. 1729 DUW; <br> CONTINENTAL CASUALTY COMPANY; <br> HALLMARK SPECIALTY INSURANCE COMPANY; <br> IRONSHORE SPECIALTY INSURANCE COMPANY; <br> LEXINGTON INSURANCE COMPANY; <br> PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY; <br> STARR SURPLUS LINES INSURANCE COMPANY; <br> and <br> TOKIO MARINE AMERICA INSURANCE COMPANY, <br><br> *Defendants*. | Civil Action No. 1:21-CV-12123 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Whereas none of the Defendants have yet served either an answer to the complaint or a motion for summary judgment, Plaintiff TravelCenters of America, Inc. hereby files this notice of

1

dismissal of the above-captioned action, in its entirety, and without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    Plaintiff,

    TRAVELCENTERS OF AMERICA INC.,

    By its attorneys,

    */s/ Michael S. Levine*
    Harry L. Manion (BBO# 317440)
    Michael S. Levine (BBO# 633248)
    Christopher J. Cunio (BBO# 634518)
    Nicholas D. Stellakis (BBO# 644981)
    HUNTON ANDREWS KURTH LLP
    60 State Street, Suite 2400
    Boston, MA 02109
    Tel:  (617) 648-2800
    Fax:  (617) 433-5022
    hmanion@huntonAK.com
    mlevine@HuntonAK.com
    ccunio@HuntonAK.com
    nstellakis@HuntonAK.com

Dated: December 28, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2021, a true and correct copy of this document was filed with the Clerk of Court through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing pursuant to Local Rules 5.4(c).

                                                           */s/ Michael S. Levine*
                                                           Michael S. Levine